IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| ANTHONY R. CUMMINS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | CAUSE NO. 1:17-cv-1927 |
| ) | |
| GENESIS FARMS, LLC and JEFFREY ) | |
| MEYER, ) | |
| ) | |
| Defendant. ) | |

## COMPLAINT FOR DAMAGES

Plaintiff, Anthony R. Cummins, for his complaint against Defendants, Genesis Farms, LLC ("Genesis Farms") and Jeffrey Meyer, states the following:

### I. Parties

1. Plaintiff, Mr. Cummins, is a resident of Noblesville, Indiana.

2. Defendant, Genesis Farms, is a limited liability company located in Noblesville, Indiana.

3. Defendant, Jeffrey Meyer, is a resident of Noblesville, Indiana.

4. Mr. Meyer is the owner of Genesis Farms.

5. Mr. Meyer determined what Plaintiff was paid by Genesis Farms.

### II. Jurisdiction and Venue

6. This court has jurisdiction to hear this claim pursuant to 28 U.S.C. §1331, in that the claim arises under the laws of the United States. Specifically, Plaintiff brings this action to enforce his rights under FLSA, as allowed by 29 U.S.C. §216.

7. Venue in the Southern District of Indiana, Indianapolis Division, is appropriate by virtue of Plaintiff's residence and Defendant doing business in this District.

### III. Factual Allegations

8. Plaintiff began working for Genesis Farms in June 2012.

9. Plaintiff was an employee of Genesis Farms.

10. Genesis Farms paid Plaintiff on an hourly basis.

11. Genesis Farms paid Plaintiff $15.00 per hour.

12. Genesis Farms paid Plaintiff on a bi-weekly basis.

13. Defendants failed to pay Plaintiff overtime wages for hours that he worked over 40 hours in a workweek.

14. Defendants willfully failed to pay Plaintiff overtime wages for hours that he worked over 40 hours in a workweek.

15. Defendants fired Plaintiff in May 2015.

### Count I
### Failure to Properly Pay Overtime Wages
### Pursuant to the FLSA, 29 U.S.C. §201 *et. seq.*

16. Plaintiff incorporates paragraphs 1 through 15 by reference herein.

17. Plaintiff was an employee of Defendants pursuant to the FLSA.

18. Genesis Farms is an employer pursuant to the FLSA.

19. Mr. Meyer is an employer pursuant to the FLSA.

20. Genesis Farms had gross revenues of at least $500,000.00 for the 2013 calendar year.

21. Genesis Farms had gross revenues of at least $500,000.00 for the 2014 calendar year.

22. Genesis Farms had gross revenues of at least $500,000.00 for the 2015 calendar year.

23. Defendants' violations of the FLSA have damaged Plaintiff.

WHEREFORE, Plaintiff prays that the Court:

A. Enter an award for Plaintiff for the overtime wages owed to Plaintiff during the course of his employment with Defendants with interest.

B. Enter an award for liquidated damages with interest.

C. Enter an order awarding Plaintiff all reasonable attorney fees and expenses incurred in pursuing this claim as permitted by the FLSA.

D. Enter an award for such other relief as may be just and appropriate.

Respectfully submitted,

BARKER HANCOCK & COHRON

/s/Ronald E. Weldy
Ronald E. Weldy, #22571-49

### IV. Jury Demand

24. Plaintiff incorporates paragraphs 1 through 23 by reference herein.

25. Plaintiff demands a trial by jury.

Respectfully submitted,

BARKER HANCOCK & COHRON

/s/Ronald E. Weldy
Ronald E. Weldy
Attorney for Plaintiff,
Anthony R. Cummins

Barker Hancock & Cohron
198 South 9th Street
Noblesville, IN 46060
Tel: (317) 203-3000
E-mail: rweldy@bhclegal.com